ORESTE BRANCATI and Others, Appellants, v. JAMES FOSTER HARDY and Others, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SEYMOUR FEDER, an Infant, by CELIA FEDER, His Guardian ad Litem, Appellant, v. CITY & SUBURBAN HOMES COMPANY, Defendant, Impleaded with THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MINA P. HYMAN, Appellant, v. HARRY A. HYMAN, Respondent.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FUNES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ELEANOR G. RUSH, Appellant, v. CONTINENTAL BANK & TRUST Co. and LAURENCE S. CRITCHELL, Respondents.— Judgment unanimously affirmed, with costs to the respondent Continental Bank & Trust Co. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., taking no part.

HELENE KREIGER, Respondent, v. LOUIS KREIGER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GEORGE OLLENDORF, Respondent, v. EDMUND LISSBERGER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY SILVERSTEIN and BENJAMIN MELLMAN, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROBERT EMMET RODES, Appellant, and REUBEN J. ROSS, Respondent, v. STUART W. WEBB and Others, Respondents.— Judgment unanimously affirmed, with costs to the respondents Stuart W. Webb, Joseph W. Burden and Marcia S. Webb. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MABEL PRESTON, an Infant, by ALVIN PRESTON, Her Guardian ad Litem, and ALVIN PRESTON, Appellants, v. HUDSON RIVER DAY LINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [176 Misc. 412.]

DOROTHY TUNLAY TOOMEY, Respondent, v. THEODORE EVERETT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN C. BOLTE, Respondent, v. OPAL THEATRE, INC., and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse and deny the motion.